**UNITED STATES DISTRICT COURT** **ORIGINAL**
**DISTRICT OF MINNESOTA**

Civil Action No. 02-CV-0013 DSD/JMM

Vision-Ease Lens, Inc.,
a Minnesota corporation,

Plaintiff,

v.

K B Co., The Polarized Lens Company,
a Colorado corporation,

Defendant.

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO SERVE THEIR COMPLAINT**

The parties have jointly moved for an extension of time within which to allow Plaintiff to serve the Complaint, under Fed. R. Civ. P. 4(m) and 6(b), in order to facilitate ongoing settlement and license negotiations. The Court, finding good cause therefore, hereby grants Plaintiff's Motion.

Plaintiff is hereby Ordered to serve the Complaint upon the Defendant on or before ~~July 30,~~ JMM June 1, 2002.

Dated: 5/1/02

The Honorable John M. Mason
Magistrate Judge, District of Minnesota

2320191.1

MAY 0 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK