UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 02-CV-0013 JEL/JGL

---

Vision-Ease Lens, Inc.,
a Minnesota corporation,

Plaintiff,

v.

K. B. Co., The Polarized Lens Company,
a Colorado corporation,

Defendant.

---

**STIPULATION AND ORDER FOR ENLARGEMENT OF TIME**

WHEREAS, Defendant's Answer is otherwise due today; and

WHEREAS, Defendant retained new counsel on July 26, 2002 to represent it in this matter and the parties hereto mutually request and stipulate to an extension of the date Defendant's Answer is due for an additional 20 days to August 19, 2002.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND MUTUALLY REQUESTED that the deadline within which Defendant must answer herein be extended by 20 days to August 19, 2002.

Date: July 29, 2002

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By [signature]

Christopher J. Sorenson
Attorney Registration No. 270118
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

ATTORNEYS FOR PLAINTIFF

FILED ... 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: July 29, 2002

BEST & FLANAGAN LLP

By ______________________
Robert L. Meller, Jr.
Attorney Registration No. 71912
225 South Sixth Street
Suite 4000
Minneapolis, MN 55402-4331
(612) 339-7121

ATTORNEYS FOR DEFENDANT

**ORDER**

The above-entitled matter came on before the Court upon joint stipulation of the parties to extend the deadline by which Defendant must file an Answer hereto. Upon said Stipulation and good cause shown, IT IS HEREBY ORDERED THAT:

1. The parties' stipulated motion to extend the deadline within which Defendant must file its Answer by 20 days is granted. The deadline within which Defendant must file its answer is hereby extended to August 19, 2002.

SO ORDERED.

Dated: July 30, 2002

______________________
Jonathan G. Lebedoff, Magistrate Judge
United States District Court

012441/970853/201511_1