UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 02-CV-0013 JEL/JGL

Vision-Ease Lens, Inc.,
a Minnesota corporation,

Plaintiff,

v.

K. B. Co., The Polarized Lens Company,
a Colorado corporation,

Defendant.

**MOTION FOR ADMISSION PRO HAC VICE**

Affidavit of Movant

I, Robert L. Meller, Jr., an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice, Christopher J. Renk, Timothy C. Meece, and Matthew P. Becker, attorneys admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the Defendant in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Date: August 27 2002

BEST & FLANAGAN LLP

By [signature]

Robert L. Meller, Jr.
Attorney Registration No. 71912
225 South Sixth Street
Suite 4000
Minneapolis, MN 55402-4331
(612) 339-7121

ATTORNEYS FOR DEFENDANT

AUG 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Affidavit of Proposed Admitee

I, Christopher J. Renk, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Date: August 15, 2002

BANNER & WITCOFF, LTD.

By ______________________

Christopher J. Renk
Attorney Registration No. 6199012
10 South Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 715-1000

ATTORNEYS FOR DEFENDANT

Affidavit of Proposed Admitee

I, Timothy C. Meece, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Date: August 15, 2002

BANNER & WITCOFF, LTD.

By ______________________

Timothy C. Meece
Attorney Registration No. 6226967
10 South Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 715-1000

ATTORNEYS FOR DEFENDANT

Affidavit of Proposed Admitee

I, Matthew P. Becker, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Date: August 15, 2002

BANNER & WITCOFF, LTD.

By [signature]

Matthew P. Becker
Attorney Registration No. 6255614
10 South Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 715-1000

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------------------------- Case No. 02-CV-0013 JEL/JGL

Vision-Ease Lens, Inc.,
a Minnesota corporation,

Plaintiff,

**ORDER FOR ADMISSION PRO HAC VICE**

v.

K. B. Co., The Polarized Lens Company,
a Colorado corporation,

Defendant.

----------------------------------------------------------

IT IS HEREBY ORDERED that the Motion of Robert L. Meller, Jr. for Admission Pro Hac Vice for Christopher J. Renk, Timothy C. Meece, and Matthew P. Becker to appear for Defendant in the above-captioned case is granted.

Dated this 27th day of August, 2002.

For the Court:

Dated: AUG 27 2002

Richard D. Sletten, Clerk

012441/970853/203424_1