**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

VISION-EASE LENS, INC.,
a Minnesota Corporation,

Plaintiff,

vs.

K B Co., the POLARIZED LENS CO.
a Colorado Corporation,

Defendant.

Case No.: 02-CV-13 (JEL/JGL)

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

THIS MATTER, coming before the Court on the parties' Stipulated Motion to Dismiss Without Prejudice, Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and having been fully advised in the premises,

IT IS HEREBY ORDERED that the parties' Stipulated Motion is GRANTED.

Accordingly, Civil Action No. 02-CV-13 is hereby dismissed **without prejudice**, with both parties incurring their own costs and attorney fees.

ORDERED this 18th day of October, 2002.

BY THE COURT:

Hon. Judge Joan Ericksen Lancaster
United States District Court Judge



FILED OCT 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

VISION-EASE LENS, INC.,
a Minnesota Corporation,

Plaintiff,

vs.

K B Co., the POLARIZED LENS CO.
a Colorado Corporation,

Defendant.

Case No.: 02-CV-13 (JEL/JGL)

**STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Vision-Ease Lens, Inc. and defendant K B Co., the Polarized Lens Company, hereby stipulate to and move for the dismissal, without prejudice, of all claims and defenses asserted by each part in this Action, without costs or attorney fees to either party.

A proposed Order is attached for the Court's convenience.

Dated: October 7, 2002

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

BY: [signature]
Jake M. Holdreith (#211011)
Christopher J. Sorenson (#270118)

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

ATTORNEYS FOR PLAINTIFF



ORIGINAL

Dated: October 7, 2002.

BANNER & WITCOFF, LTD.

By: [signature]

Christopher J. Renk, Esq.
Timothy C. Meece, Esq.
Matthew P. Becker, Esq.
BANNER & WITCOFF, LTD.
Ten South Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: 312-715-1000
Facsimile: 312-715-1234

Robert L. Meller, Jr.
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: 612-339-7121
Facsimile: 612-339-5897

ATTORNEYS FOR DEFENDANT